

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2016

No. 04-16-00417-CV

**IN THE INTEREST OF M.A.B., A CHILD**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015EM504304
Honorable Nick Catoe Jr., Judge Presiding

## O R D E R

Appellant's notice of appeal was filed in this court on June 29, 2016. On that same date, the clerk of the court notified appellant in writing that the appellate record did not reflect payment of the $205 filing fee nor any showing that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. Appellant still has not paid the filing fee nor made any showing that appellant is excused by statute or rule from paying the filing fee.

It is therefore ORDERED appellant show cause in writing within ten days of the date of this order that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. If appellant fails to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c).

All other appellate deadlines are suspended pending the payment of the filing fee.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court